IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN JOHNSON,

    Petitioner

v.

RANDALL HEPP, Warden,
Stanley Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-582-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing the petition for writ of habeas corpus without prejudice for petitioner's failure to exhaust his state court remedies.

_____
Peter Oppeneer, Clerk of Court

OCT 1 4 2009
Date